IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM FIFER, JR.,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.

                                            Case No. 14-cv-636-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff William Fifer, Jr. attorney fees in the amount of $5,900 and costs in the amount of $400 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    s/ A. Wiseman, Deputy Clerk                                 8/14/2015
    Peter Oppeneer, Clerk of Court                               Date